UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL J. BOJORQUEZ,

Defendant.

No.  SACV 26-0862

**WRIT OF CONTINUING GARNISHMENT TO GARNISHEE RIVER FINANCIAL INC.**

**[28 U.S.C. § 3205(c)(1)]**

TO GARNISHEE RIVER FINANCIAL INC.:

The United States has filed an application for a writ of continuing garnishment against the nonexempt funds, assets, and/or property of judgment debtor Manuel J. Bojorquez ("Defendant"), in the possession, custody, or control of garnishee River Financial Inc. ("Garnishee"). This writ of continuing garnishment is an enforcement action by the United States against Defendant in connection with the criminal judgment debt entered in *United States v. Manuel J. Bojorquez*, 1:18-cr-00304-JMS-TAB, by the U.S. District Court for the Southern District of Indiana.

(1)   This WRIT OF CONTINUING GARNISHMENT IS ISSUED against Defendant as to Garnishee for Defendant's nonexempt funds, assets, and/or property, including any property in which Defendant has a substantial nonexempt interest, whether held individually, jointly, or in the name of Defendant's spouse or any third party, and including property held on Defendant's behalf or for Defendant's benefit (including but not limited to cryptocurrency, digital assets, and wallet-based holdings), in the possession, custody, or control of Garnishee.

(2)   On March 30, 2022, the United States District Court for the Southern District of Indiana imposed the following criminal judgment debt against Defendant in *United States v. Manuel J. Bojorquez*, 1:18-cr-00304-JMS-TAB (S.D. Ind.):

- Restitution: $3,387,048.00; and
- Special assessment: $200.00.[1]

The court waived the accrual of interest on restitution.

(3)   As of April 2, 2026, the balance of Defendant's criminal debt was $3,173,155.09.

(4)   The name and address (mail/electronic) of Garnishee or Garnishee's authorized agent is:

> **River Financial Inc.**
> Email: subpoenas@river.com (designated for legal process)

(5)   The address for Plaintiff United States of America is:

---

[1] *See* Judgment, ECF No. 72.

**United States Attorney's Office
Asset Forfeiture and Recovery Section
312 North Spring Street, 11th Floor
Los Angeles, California 90012**

(6)    Defendant's Social Security Number is \*\*\*-\*\*-9646. Defendant's last known address is in Yorba Linda, California.

(7)    Defendant's spouse is Lindsey Miller Bojorquez, whose Social Security Number is \*\*\*-\*\*-3717. Her last known address is in Yorba Linda, California.

(8)    Counsel for Plaintiff United States is:

Annie Ayrapetyan, Assistant United States Attorney
Asset Forfeiture and Recovery Section
312 North Spring Street, 11th Floor
Los Angeles, CA 90012

Garnishee is ordered to withhold and retain any funds, assets, or property in which Defendant has a substantial nonexempt interest, whether held individually, jointly, or in the name of Defendant's spouse or any third party, or held on Defendant's behalf or for Defendant's benefit, including but not limited to cryptocurrency, digital assets, and wallet-based holdings, in the possession, custody, or control of Garnishee, beginning immediately and continuing until further order of the Court. *See* 28 U.S.C. § 3205(c)(2)(F).

GARNISHEE SHALL ANSWER THIS WRIT in writing, under oath, within TEN (10) DAYS after service of the writ of continuing garnishment and shall respond therein to the following questions:

(A)    Whether that Garnishee has possession, custody, or control of any property in which Defendant has a substantial nonexempt interest, whether held individually, jointly, or in the name of Defendant's spouse or any third party, or for Defendant's benefit;

(B)    A description of such property and the value thereof;

3

(C) Whether Garnishee owed Defendant any debt on the date the writ was served, or owes any debt to Defendant or for Defendant's benefit, and the amount and basis of such debt; and

(D) Whether Garnishee anticipates owing any debt to Defendant or for Defendant's benefit in the future.

**GARNISHEE SHALL file the original answer to this writ within TEN (10) DAYS of receipt of this writ with the Clerk of the United States District Court, 255 E. Temple Street, Room 180, Los Angeles, California 90012.** Additionally, Garnishee is required to serve a copy of the answer on Defendant, on the attorney for Plaintiff United States of America: Annie Ayrapetyan, Assistant United States Attorney, Asset Forfeiture and Recovery Section, United States Courthouse, 11th Floor, 312 North Spring Street, Los Angeles, California 90012, and on any interested party.

IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD AND RETAIN PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES OF AMERICA MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT PROPERTY AS WELL AS REASONABLE ATTORNEY'S FEES.

**IT IS UNLAWFUL TO PAY OR DELIVER TO DEFENDANT ANY PROPERTY LEVIED UPON BY THIS WRIT UNTIL FURTHER ORDER OF COURT.**

The garnishment is continuing in nature and shall constitute a lien against Defendant's nonexempt property.

The garnishment shall continue and survive until any of the following occurs:

(a) The debt is satisfied in full;

(b) The property in the possession, custody or control of the Garnishee is exhausted;

(c) Plaintiff United States of America has released the garnishment; or

(d) The Court orders that the garnishment be quashed.

DATED:  April  __, 2026.

_____
CLERK, UNITED STATES DISTRICT COURT
By: DEPUTY CLERK