UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL J. BOJORQUEZ,<br><br>Defendant. | **No.  SACV 26-0862**<br><br>**CLERK'S 28 U.S.C. § 3202(b)<br>NOTICE OF CONTINUING<br>GARNISHMENT TO DEBTOR**<br><br>**[WELLS FARGO BANK, N.A.;<br>BANK OF AMERICA, N.A.;<br>CAPITAL ONE, N.A.; AMERICAN<br>EXPRESS NATIONAL BANK;<br>NATIONWIDE RETIREMENT<br>SOLUTIONS; COMPUTERSHARE<br>TRUST COMPANY, N.A.; and RIVER<br>FINANCIAL. INC.:]** |

TO DEFENDANT-JUDGMENT DEBTOR MANUEL J. BOJORQUEZ:

You are hereby notified that the United States is seeking to take your funds, assets, and/or property held by Wells Fargo Bank, N.A.; Bank of America, N.A.; Capital One, N.A.; American Express National Bank; Nationwide Retirement Solutions; Computershare Trust Company, N.A.; and River Financial, Inc. ("Garnishees"). This garnishment is an enforcement of your criminal judgment debt as a result of your conviction and sentencing in *United States v. Manuel J. Bojorquez,* 1:18-cr-00304-JMS-TAB.

On March 30, 2022, the United States District Court of Southern District of Indiana imposed the following criminal judgment debt against you:

- Restitution: $3,387,048.00; and
- Special assessment: $200.00.[1]

As of April 2, 2026, the balance of your criminal debt was $3,173,155.09.

In addition, you are hereby notified that there are exemptions under the law which may protect some of this property from being taken by the United States if you can show that the exemptions apply.  Below is a summary of the only exemptions that apply to the enforcement of judgments for criminal fines and restitution under 18 U.S.C. § 3613:

1. Wearing apparel and school books. 26 U.S.C § 6334(a)(1).
2. Fuel, provisions, furniture, and personal effects that do not exceed $11,980. 26 U.S.C. § 6334(a)(2) and (g).
3. Books and tools of a trade, business, or profession that do not exceed $5,990. 26 U.S.C. § 6334(a)(3) and (g).
4. Unemployment benefits. 26 U.S.C. § 6334(a)(4).
5. Undelivered mail. 26 U.S.C. § 6334(a)(5).
6. Certain annuity and pension payments. Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment

---

[1] *See* Judgment, ECF No. 72.

2

Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll, and annuities based on retired or retainer pay.  26 U.S.C. § 6334(a)(6).

7.    Workmen's Compensation. 26 U.S.C. § 6334(a)(7).

8.    Judgments for support of minor children. 26 U.S.C. § 6334(a)(8).

9.    Certain service-connected disability payments. 26 U.S.C. § 6334(10).

10.    Assistance under Job Training Partnership Act. 26 U.S.C. § 6334(12).

You have a right to ask the Court to return your property to you if you think the property the government seeks qualifies under one of the above exemptions.  Pursuant to 28 U.S.C. § 3202(d), if you want a hearing to request the Court to return your property based on your claim that an exemption applies, you must notify the Court within 20 days after receipt of this notice.  You must make your request in writing, and you may use the Request for Hearing and/or Claim of Exemption Form in the attachment(s) to this notice to submit your request.  You are not required to use this form.  You must mail or deliver your request in person to the Clerk of the Court and send a copy to the United States government at the addresses provided below, and to any interested party.

The hearing pursuant to 28 U.S.C. § 3202(d) will take place within 5 days after the clerk receives your request, if you ask for it to take place that quickly, or as soon thereafter as possible. The Court will issue an order advising you of the time, place, and date of any hearing scheduled. At the hearing you may explain to the judge why you believe the property the government has taken is exempt. Under 28 U.S.C. § 3202(d), the issues at such a hearing shall be limited to (1) the probable validity of any claim of exemption by the judgment debtor; or (2) compliance with any statutory requirement for the issuance of the post-judgment remedy granted.

Each Garnishee has 10 days from receipt of the writ of continuing garnishment to file an answer. Pursuant to 28 U.S.C. § 3205(c)(5), within 20 days after receipt of a Garnishee's answer, you may file a written objection to that Garnishee's answer and

request a hearing based on your objections. Your written objection shall state the grounds for the objection and you bear the burden of proving such grounds. You must mail or deliver your written objection and request for a hearing to the Clerk of Court and send a copy to that Garnishee and the United States, at the addresses listed below, as well as to any interested party. The hearing pursuant to 28 U.S.C. § 3205(c)(5) shall be held within 10 days after the date the request is received by the Court, or as soon thereafter as practicable.

If you do not request a hearing pursuant to 28 U.S.C. § 3202(d) or 28 U.S.C. § 3205(c)(5), your property may be applied to the debt you owe the government.

If you think you live outside the federal judicial district in which the Court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the Court to the federal judicial district in which you reside.  You must make your request in writing, and either mail it or deliver it in person to the Clerk of Court and send a copy to the United States, at the addresses listed below, and to any interested party.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court.  The Clerk is not permitted to give legal advice but can refer you to other sources of information.

ADDRESSES:        CLERK OF COURT
                  Clerk of the Court
                  United States District Court
                  Central District of California
                  255 East Temple Street, Room 180
                  Los Angeles, California 90012

                  UNITED STATES GOVERNMENT
                  United States Attorney's Office
                  Asset Forfeiture and Recovery Section
                  312 North Spring Street, 11th Floor
                  Los Angeles, California 90012

//

GARNISHEES

**Wells Fargo Bank, N.A.**
2710 Gateway Oaks Dr., Suite 150N
Sacramento, CA 95833

**Bank of America, N.A.**
Legal Order and Case Resolution Operations
800 Samoset Dr.
Newark, DE 19713

**Capital One, N.A.**
Capital One Legal Document Portal
https://legalportal.capitalone.com/

**American Express National Bank**
Garnishment Levy Unit
c/o C T Corporation System
330 North Brand Blvd.
Suite 700
Glendale, CA 91203

**Nationwide Retirement Solutions**
Attn: Legal Department
P.O. Box 182797
Columbus, OH 43218-2797

**Computershare Trust Company, N.A.**
c/o United Agent Group Inc. [C2250455]
7801 Folsom Boulevard, #202
Sacramento, CA 95826

**River Financial Inc.**
Email: subpoenas@river.com


DATED:  April __. 2026.

_____
DEPUTY CLERK,
UNITED STATES DISTRICT COURT

5

# ATTACHMENT A

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SACV 26-0862 |
|---|---|
| Plaintiff, | **DEFENDANT'S REQUEST FOR HEARING REGARDING WRIT OF CONTINUING GARNISHMENT** |
| v. | |
| MANUEL J. BOJORQUEZ, | **[WELLS FARGO BANK, N.A.]** |
| Defendant. | |

I hereby request a hearing on the matter of application for writ of continuing garnishment filed by the United States as to Wells Fargo Bank, N.A. in this case.

Check all that apply:

[   ]   I think the property Garnishee Wells Fargo Bank, N.A. is withholding is exempt under the checked exemptions on the attached Claim for Exemption Form.

[   ]   I do not think the government complied with a statutory requirement for the issuance of the Writ of Garnishment.

[   ]   I request a hearing in this district.

//

//

7

[   ]    I request a hearing and that this Court transfer the hearing to the federal district where I reside.

I reside in _____(city), _____(state).

[   ]    I do not request a hearing.

_____    Address:    _____
Defendant's Signature

_____

_____

DATED: _____.    Telephone No. _____
(Include Area Code)

8

**CLAIM FOR EXEMPTION FORM**

**CRIMINAL CASE**

**[18 U.S.C. § 3613(a)]**

The exemption(s) from garnishment and/or execution which are checked below apply in this case:

_____ 1.    I claim an exemption because the United States is trying to seize wearing apparel and school books as are necessary for me or for members of my family. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(1).

_____ 2.    I claim an exemption because the United States is trying to seize fuel, provisions, furniture and personal effects, and arms for my personal use, livestock, and poultry, as does not exceed $11,980 in value.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(2).

_____ 3.    I claim an exemption because the United States is trying to seize my books and tools necessary for my trade, business or profession as do not exceed in the aggregate $5,990 in value. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(3).

_____ 4.    I claim an exemption because the United States is trying to seize or garnish my unemployment benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(4).

_____ 5.    I claim an exemption because the United States is trying to seize undelivered mail. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(5).

_____ 6.    I claim an exemption because the United States is trying to seize or garnish "[a]nnuity and pension payments under the Railroad Retirement Act, Railroad Unemployment Insurance Act, pension payments received by Medal of Honor awardees, and annuities based on retired or retainer pay under Chapter 73 of Title 10 of the United States Code." 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(6).

_____ 7.    I claim an exemption because the United States is trying to seize or garnish my workmen's compensation benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(7).

///

9

____ 8.      I claim an exemption because the United States is trying to seize or garnish funds that I owe as child support required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of my minor children, so much of my salary, wages, or other income as is necessary to comply with such judgment. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(8).

____ 9.      I claim an exemption because the United States is trying to seize or garnish my service-connected disability payments.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(10).

____ 10.      I claim an exemption because the United States is trying to seize or garnish funds that I received payable to me as a participant under the Job Training Partnership Act. (29 U.S.C. § 1501 et. seq.); 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(12).

The statements made in this claim of exemptions and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.  I hereby request a court hearing to decide the validity of my claims.  Notice of the hearing should be given to me by mail at:

_____

_____

_____

Telephone _____

_____          _____
[Debtor's printed or typed name]          [Signature]

                                          _____
                                          [Date]

# ATTACHMENT B

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL J. BOJORQUEZ,

Defendant.

No.  SACV 26-0862

**DEFENDANT'S REQUEST FOR HEARING REGARDING WRIT OF CONTINUING GARNISHMENT**

**[BANK OF AMERICA, N.A.]**

I hereby request a hearing on the matter of application for writ of continuing garnishment filed by the United States with respect to Bank of America, N.A. in this case.

Check all that apply:

[    ]    I think the property Garnishee Bank of America, N.A. is withholding is exempt under the checked exemptions on the attached Claim for Exemption Form.

[    ]    I do not think the government complied with a statutory requirement for the issuance of the Writ of Garnishment.

[    ]    I request a hearing in this district.

//

//

12

[   ]    I request a hearing and that this Court transfer the hearing to the federal district where I reside.

I reside in _____(city), _____(state).

[   ]    I do not request a hearing.

_____    Address: _____
Defendant's Signature

_____

_____

DATED: _____.   Telephone No. _____
(Include Area Code)

13

**CLAIM FOR EXEMPTION FORM**

**CRIMINAL CASE**

**[18 U.S.C. § 3613(a)]**

The exemption(s) from garnishment and/or execution which are checked below apply in this case:

_____ 1.    I claim an exemption because the United States is trying to seize wearing apparel and school books as are necessary for me or for members of my family. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(1).

_____ 2.    I claim an exemption because the United States is trying to seize fuel, provisions, furniture and personal effects, and arms for my personal use, livestock, and poultry, as does not exceed $11,980 in value.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(2).

_____ 3.    I claim an exemption because the United States is trying to seize my books and tools necessary for my trade, business or profession as do not exceed in the aggregate $5,990 in value. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(3).

_____ 4.    I claim an exemption because the United States is trying to seize or garnish my unemployment benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(4).

_____ 5.    I claim an exemption because the United States is trying to seize undelivered mail. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(5).

_____ 6.    I claim an exemption because the United States is trying to seize or garnish "[a]nnuity and pension payments under the Railroad Retirement Act, Railroad Unemployment Insurance Act, pension payments received by Medal of Honor awardees, and annuities based on retired or retainer pay under Chapter 73 of Title 10 of the United States Code." 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(6).

_____ 7.    I claim an exemption because the United States is trying to seize or garnish my workmen's compensation benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(7).

///

14

____ 8.    I claim an exemption because the United States is trying to seize or garnish funds that I owe as child support required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of my minor children, so much of my salary, wages, or other income as is necessary to comply with such judgment. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(8).

____ 9.    I claim an exemption because the United States is trying to seize or garnish my service-connected disability payments.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(10).

____ 10.    I claim an exemption because the United States is trying to seize or garnish funds that I received payable to me as a participant under the Job Training Partnership Act. (29 U.S.C. § 1501 et. seq.); 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(12).

The statements made in this claim of exemptions and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.  I hereby request a court hearing to decide the validity of my claims.  Notice of the hearing should be given to me by mail at:

_____

_____

_____

Telephone _____

_____    _____
[Debtor's printed or typed name]        [Signature]

                                        _____
                                        [Date]

15

# ATTACHMENT C

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  SACV 26-0862 |
|---|---|
| Plaintiff, | **DEFENDANT'S REQUEST FOR HEARING REGARDING WRIT OF CONTINUING GARNISHMENT** |
| v. | |
| MANUEL J. BOJORQUEZ, | **[CAPITAL ONE, N.A.]** |
| Defendant. | |

I hereby request a hearing on the matter of application for writ of continuing garnishment filed by the United States with respect to Capital One, N.A. in this case.

Check all that apply:

[    ]    I think the property Garnishee Capital One, N.A. is withholding is exempt under the checked exemptions on the attached Claim for Exemption Form.

[    ]    I do not think the government complied with a statutory requirement for the issuance of the Writ of Garnishment.

[    ]    I request a hearing in this district.

//

//

17

[   ]    I request a hearing and that this Court transfer the hearing to the federal district where I reside.

I reside in _____(city), _____(state).

[   ]    I do not request a hearing.

_____    Address: _____

Defendant's Signature

_____

_____

DATED: _____. Telephone No. _____

(Include Area Code)

18

## CLAIM FOR EXEMPTION FORM

### CRIMINAL CASE

### [18 U.S.C. § 3613(a)]

The exemption(s) from garnishment and/or execution which are checked below apply in this case:

_____ 1.    I claim an exemption because the United States is trying to seize wearing apparel and school books as are necessary for me or for members of my family. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(1).

_____ 2.    I claim an exemption because the United States is trying to seize fuel, provisions, furniture and personal effects, and arms for my personal use, livestock, and poultry, as does not exceed $11,980 in value.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(2).

_____ 3.    I claim an exemption because the United States is trying to seize my books and tools necessary for my trade, business or profession as do not exceed in the aggregate $5,990 in value. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(3).

_____ 4.    I claim an exemption because the United States is trying to seize or garnish my unemployment benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(4).

_____ 5.    I claim an exemption because the United States is trying to seize undelivered mail. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(5).

_____ 6.    I claim an exemption because the United States is trying to seize or garnish "[a]nnuity and pension payments under the Railroad Retirement Act, Railroad Unemployment Insurance Act, pension payments received by Medal of Honor awardees, and annuities based on retired or retainer pay under Chapter 73 of Title 10 of the United States Code." 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(6).

_____ 7.    I claim an exemption because the United States is trying to seize or garnish my workmen's compensation benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(7).

///

19

____ 8.    I claim an exemption because the United States is trying to seize or garnish funds that I owe as child support required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of my minor children, so much of my salary, wages, or other income as is necessary to comply with such judgment. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(8).

____ 9.    I claim an exemption because the United States is trying to seize or garnish my service-connected disability payments.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(10).

____ 10.    I claim an exemption because the United States is trying to seize or garnish funds that I received payable to me as a participant under the Job Training Partnership Act. (29 U.S.C. § 1501 et. seq.); 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(12).

The statements made in this claim of exemptions and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.  I hereby request a court hearing to decide the validity of my claims.  Notice of the hearing should be given to me by mail at:

_____

_____

_____

Telephone _____

_____          _____
[Debtor's printed or typed name]               [Signature]

                                                            _____
                                                            [Date]

# ATTACHMENT D

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL J. BOJORQUEZ,

Defendant.

No.  SACV 26-0862

**DEFENDANT'S REQUEST FOR HEARING REGARDING WRIT OF CONTINUING GARNISHMENT**

**[AMERICAN EXPRESS NATIONAL BANK]**

I hereby request a hearing on the matter of application for writ of continuing garnishment filed by the United States with respect to American Express National Bank in this case.

Check all that apply:

[   ]   I think the property Garnishee American Express National Bank is withholding is exempt under the checked exemptions on the attached Claim for Exemption Form.

[   ]   I do not think the government complied with a statutory requirement for the issuance of the Writ of Garnishment.

[   ]   I request a hearing in this district.

//

//

22

[    ]    I request a hearing and that this Court transfer the hearing to the federal district where I reside.

I reside in _____(city), _____(state).

[    ]    I do not request a hearing.

_____    Address: _____
Defendant's Signature

_____

_____

DATED: _____.   Telephone No. _____
                                                          (Include Area Code)

23

## CLAIM FOR EXEMPTION FORM
## CRIMINAL CASE
### [18 U.S.C. § 3613(a)]

The exemption(s) from garnishment and/or execution which are checked below apply in this case:

_____   1.      I claim an exemption because the United States is trying to seize wearing apparel and school books as are necessary for me or for members of my family. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(1).

_____   2.      I claim an exemption because the United States is trying to seize fuel, provisions, furniture and personal effects, and arms for my personal use, livestock, and poultry, as does not exceed $11,980 in value.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(2).

_____   3.      I claim an exemption because the United States is trying to seize my books and tools necessary for my trade, business or profession as do not exceed in the aggregate $5,990 in value. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(3).

_____   4.      I claim an exemption because the United States is trying to seize or garnish my unemployment benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(4).

_____   5.      I claim an exemption because the United States is trying to seize undelivered mail. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(5).

_____   6.      I claim an exemption because the United States is trying to seize or garnish "[a]nnuity and pension payments under the Railroad Retirement Act, Railroad Unemployment Insurance Act, pension payments received by Medal of Honor awardees, and annuities based on retired or retainer pay under Chapter 73 of Title 10 of the United States Code." 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(6).

_____   7.      I claim an exemption because the United States is trying to seize or garnish my workmen's compensation benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(7).

///

24

_____ 8.    I claim an exemption because the United States is trying to seize or garnish funds that I owe as child support required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of my minor children, so much of my salary, wages, or other income as is necessary to comply with such judgment. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(8).

_____ 9.    I claim an exemption because the United States is trying to seize or garnish my service-connected disability payments.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(10).

_____ 10.    I claim an exemption because the United States is trying to seize or garnish funds that I received payable to me as a participant under the Job Training Partnership Act. (29 U.S.C. § 1501 et. seq.); 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(12).

The statements made in this claim of exemptions and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.  I hereby request a court hearing to decide the validity of my claims.  Notice of the hearing should be given to me by mail at:

_____

_____

_____


Telephone _____


_____        _____
[Debtor's printed or typed name]                           [Signature]

                                                            _____
                                                            [Date]

# ATTACHMENT E

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL J. BOJORQUEZ,<br><br>Defendant. | No. SACV 26-0862<br><br>**DEFENDANT'S REQUEST FOR HEARING REGARDING WRIT OF CONTINUING GARNISHMENT**<br><br>**[NATIONWIDE RETIREMENT SOLUTIONS]** |

I hereby request a hearing on the matter of application for writ of continuing garnishment filed by the United States with respect to Nationwide Retirement Solutions in this case.

Check all that apply:

[　]　I think the property Garnishee Nationwide Retirement Solutions is withholding is exempt under the checked exemptions on the attached Claim for Exemption Form.

[　]　I do not think the government complied with a statutory requirement for the issuance of the Writ of Garnishment.

[　]　I request a hearing in this district.

//

//

27

[    ]    I request a hearing and that this Court transfer the hearing to the federal district where I reside.

I reside in _____(city), _____(state).

[    ]    I do not request a hearing.

_____    Address:  _____
Defendant's Signature

_____

_____

DATED: _____.    Telephone No. _____
(Include Area Code)

28

# CLAIM FOR EXEMPTION FORM

## CRIMINAL CASE

### [18 U.S.C. § 3613(a)]

The exemption(s) from garnishment and/or execution which are checked below apply in this case:

_____ 1.    I claim an exemption because the United States is trying to seize wearing apparel and school books as are necessary for me or for members of my family. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(1).

_____ 2.    I claim an exemption because the United States is trying to seize fuel, provisions, furniture and personal effects, and arms for my personal use, livestock, and poultry, as does not exceed $11,980 in value.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(2).

_____ 3.    I claim an exemption because the United States is trying to seize my books and tools necessary for my trade, business or profession as do not exceed in the aggregate $5,990 in value. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(3).

_____ 4.    I claim an exemption because the United States is trying to seize or garnish my unemployment benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(4).

_____ 5.    I claim an exemption because the United States is trying to seize undelivered mail. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(5).

_____ 6.    I claim an exemption because the United States is trying to seize or garnish "[a]nnuity and pension payments under the Railroad Retirement Act, Railroad Unemployment Insurance Act, pension payments received by Medal of Honor awardees, and annuities based on retired or retainer pay under Chapter 73 of Title 10 of the United States Code." 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(6).

_____ 7.    I claim an exemption because the United States is trying to seize or garnish my workmen's compensation benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(7).

///

29

_____ 8.    I claim an exemption because the United States is trying to seize or garnish funds that I owe as child support required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of my minor children, so much of my salary, wages, or other income as is necessary to comply with such judgment. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(8).

_____ 9.    I claim an exemption because the United States is trying to seize or garnish my service-connected disability payments.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(10).

_____ 10.    I claim an exemption because the United States is trying to seize or garnish funds that I received payable to me as a participant under the Job Training Partnership Act. (29 U.S.C. § 1501 et. seq.); 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(12).

The statements made in this claim of exemptions and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.  I hereby request a court hearing to decide the validity of my claims.  Notice of the hearing should be given to me by mail at:

_____

_____

_____

Telephone _____

_____         _____
[Debtor's printed or typed name]                   [Signature]

                                                          _____
                                                          [Date]

30

# ATTACHMENT F

31

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL J. BOJORQUEZ,

Defendant.

No. SACV 26-0862

**DEFENDANT'S REQUEST FOR HEARING REGARDING WRIT OF CONTINUING GARNISHMENT**

**[COMPUTERSHARE TRUST COMPANY, N.A.]**

I hereby request a hearing on the matter of application for writ of continuing garnishment filed by the United States with respect to Computershare Trust Company, N.A. in this case.

Check all that apply:

[   ]   I think the property Garnishee Computershare Trust Company, N.A. is withholding is exempt under the checked exemptions on the attached Claim for Exemption Form.

[   ]   I do not think the government complied with a statutory requirement for the issuance of the Writ of Garnishment.

[   ]   I request a hearing in this district.

//

//

32

[    ]    I request a hearing and that this Court transfer the hearing to the federal district where I reside.

I reside in _____(city), _____(state).

[    ]    I do not request a hearing.

_____    Address: _____
Defendant's Signature

_____

_____

DATED: _____.    Telephone No. _____
(Include Area Code)

33

**CLAIM FOR EXEMPTION FORM**

**CRIMINAL CASE**

**[18 U.S.C. § 3613(a)]**

The exemption(s) from garnishment and/or execution which are checked below apply in this case:

_____ 1.    I claim an exemption because the United States is trying to seize wearing apparel and school books as are necessary for me or for members of my family. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(1).

_____ 2.    I claim an exemption because the United States is trying to seize fuel, provisions, furniture and personal effects, and arms for my personal use, livestock, and poultry, as does not exceed $11,980 in value.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(2).

_____ 3.    I claim an exemption because the United States is trying to seize my books and tools necessary for my trade, business or profession as do not exceed in the aggregate $5,990 in value. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(3).

_____ 4.    I claim an exemption because the United States is trying to seize or garnish my unemployment benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(4).

_____ 5.    I claim an exemption because the United States is trying to seize undelivered mail. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(5).

_____ 6.    I claim an exemption because the United States is trying to seize or garnish "[a]nnuity and pension payments under the Railroad Retirement Act, Railroad Unemployment Insurance Act, pension payments received by Medal of Honor awardees, and annuities based on retired or retainer pay under Chapter 73 of Title 10 of the United States Code." 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(6).

_____ 7.    I claim an exemption because the United States is trying to seize or garnish my workmen's compensation benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(7).

///

34

____ 8.    I claim an exemption because the United States is trying to seize or garnish funds that I owe as child support required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of my minor children, so much of my salary, wages, or other income as is necessary to comply with such judgment. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(8).

____ 9.    I claim an exemption because the United States is trying to seize or garnish my service-connected disability payments.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(10).

____ 10.    I claim an exemption because the United States is trying to seize or garnish funds that I received payable to me as a participant under the Job Training Partnership Act. (29 U.S.C. § 1501 et. seq.); 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(12).

The statements made in this claim of exemptions and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.  I hereby request a court hearing to decide the validity of my claims.  Notice of the hearing should be given to me by mail at:

_____

_____

_____

Telephone _____

_____        _____

[Debtor's printed or typed name]        [Signature]

_____

[Date]

35

# ATTACHMENT G

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  SACV 26-0862 |
|---|---|
| Plaintiff, | **DEFENDANT'S REQUEST FOR HEARING REGARDING WRIT OF CONTINUING GARNISHMENT** |
| v. | |
| MANUEL J. BOJORQUEZ, | **[RIVER FINANCIAL, INC.]** |
| Defendant. | |

I hereby request a hearing on the matter of application for writ of continuing garnishment filed by the United States with respect to River Financial, Inc. in this case.

Check all that apply:

[    ]    I think the property Garnishee River Financial, Inc. is withholding is exempt under the checked exemptions on the attached Claim for Exemption Form.

[    ]    I do not think the government complied with a statutory requirement for the issuance of the Writ of Garnishment.

[    ]    I request a hearing in this district.

//

//

37

[    ]    I request a hearing and that this Court transfer the hearing to the federal district where I reside.

I reside in _____(city), _____(state).

[    ]    I do not request a hearing.

_____    Address: _____
Defendant's Signature

_____

_____

DATED: _____.    Telephone No. _____
(Include Area Code)

38

**CLAIM FOR EXEMPTION FORM**

**CRIMINAL CASE**

**[18 U.S.C. § 3613(a)]**

The exemption(s) from garnishment and/or execution which are checked below apply in this case:

_____ 1.    I claim an exemption because the United States is trying to seize wearing apparel and school books as are necessary for me or for members of my family. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(1).

_____ 2.    I claim an exemption because the United States is trying to seize fuel, provisions, furniture and personal effects, and arms for my personal use, livestock, and poultry, as does not exceed $11,980 in value.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(2).

_____ 3.    I claim an exemption because the United States is trying to seize my books and tools necessary for my trade, business or profession as do not exceed in the aggregate $5,990 in value. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(3).

_____ 4.    I claim an exemption because the United States is trying to seize or garnish my unemployment benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(4).

_____ 5.    I claim an exemption because the United States is trying to seize undelivered mail. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(5).

_____ 6.    I claim an exemption because the United States is trying to seize or garnish "[a]nnuity and pension payments under the Railroad Retirement Act, Railroad Unemployment Insurance Act, pension payments received by Medal of Honor awardees, and annuities based on retired or retainer pay under Chapter 73 of Title 10 of the United States Code." 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(6).

_____ 7.    I claim an exemption because the United States is trying to seize or garnish my workmen's compensation benefits. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(7).

///

_____ 8.    I claim an exemption because the United States is trying to seize or garnish funds that I owe as child support required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of my minor children, so much of my salary, wages, or other income as is necessary to comply with such judgment. 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(8).

_____ 9.    I claim an exemption because the United States is trying to seize or garnish my service-connected disability payments.  18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(10).

_____ 10.    I claim an exemption because the United States is trying to seize or garnish funds that I received payable to me as a participant under the Job Training Partnership Act. (29 U.S.C. § 1501 et. seq.); 18 U.S.C. § 3613(a)(1); 26 U.S.C. § 6334(a)(12).

The statements made in this claim of exemptions and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.  I hereby request a court hearing to decide the validity of my claims.  Notice of the hearing should be given to me by mail at:

_____

_____

_____


Telephone _____


_____          _____
[Debtor's printed or typed name]                [Signature]

                                                              _____
                                                              [Date]

40