UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **8:26-cv-00862-FWS** |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE UNITED STATES OF AMERICA'S APPLICATION FOR ISSUANCE OF WRITS OF CONTINUING GARNISHMENT AS TO GARNISHEES: (1) WELLS FARGO BANK, N.A.; (2) BANK OF AMERICA, N.A.; (3) CAPITAL ONE, N.A.; (4) AMERICAN EXPRESS NATIONAL BANK (DEPOSIT ACCOUNTS AND MEMBERSHIP REWARDS POINTS); (5) NATIONWIDE RETIREMENT SOLUTIONS (6) COMPUTERSHARE TRUST COMPANY, N.A.; and (7) RIVER FINANCIAL, INC. [1]** |
| v. | |
| MANUEL J. BOJORQUEZ, | |
| Defendant. | |

///

///

///

Having reviewed and considered the United States of America's Application for Issuance of Writs of Continuing Garnishment as to Garnishees (1) Wells Fargo Bank, N.A., (2) Bank of America, N.A., (3) Capital One, N.A., (4) American Express National Bank (Deposit Accounts and Membership Rewards Points),  (5) Nationwide Retirement Solutions, (6) Computershare Trust Company, N.A.; and (7) River Financial, Inc. ("Application"),[1] the files and records of the case, the applicable law, including 28 U.S.C. § 3205, and for good cause demonstrated in the Application, the court **GRANTS** the Application and **ORDERS** as follows:

1.  The Clerk of Court shall issue writs of continuing garnishment directed to the following garnishees: Wells Fargo Bank, N.A.; Bank of America, N.A.; Capital One, N.A.;  American Express National Bank; Nationwide Retirement Solutions; Computershare Trust Company, N.A.; and River Financial, Inc., with respect to any nonexempt funds, assets, or property of Defendant Manuel J. Bojorquez in their possession, custody, or control.

2.  The Clerk of Court shall issue a Clerk's Notice of Continuing Garnishment to defendant Manuel J. Bojorquez by signing and issuing the forms submitted by the United States in accordance with 28 U.S.C. § 3205(c)(3).

**IT IS SO ORDERED.**

Dated: April ___, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

---

[1] The Application is incorporated into this Order by reference.

2