**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL J. BOJORQUEZ,

Defendant.

**Case No. 8:26-cv-00862-FWS**

**ORDER RE UNITED STATES OF AMERICA'S AMENDED APPLICATION FOR ISSUANCE OF WRITS OF CONTINUING GARNISHMENT AS TO GARNISHEES: (1) WELLS FARGO BANK, N.A.; (2) BANK OF AMERICA, N.A.; (3) CAPITAL ONE, N.A.; (4) AMERICAN EXPRESS NATIONAL BANK (DEPOSIT ACCOUNTS AND MEMBERSHIP REWARDS POINTS); (5) NATIONWIDE RETIREMENT SOLUTIONS; (6) COMPUTERSHARE TRUST COMPANY, N.A.; AND (7) RIVER FINANCIAL, INC. [14]**

///

///

///

Having reviewed and considered the United States of America's Amended Application for Issuance of Writs of Continuing Garnishment as to Garnishees (1) Wells Fargo Bank, N.A., (2) Bank of America, N.A., (3) Capital One, N.A., (4) American Express National Bank (Deposit Accounts and Membership Rewards Points), (5) Nationwide Retirement Solutions, (6) Computershare Trust Company, N.A.; and (7) River Financial, Inc., (Dkt. 14, ("Amended Application")), the files and records of the case, the applicable law, including 28 U.S.C. § 3205, and for good cause demonstrated in the Amended Application, the court **GRANTS** the Amended Application and **ORDERS** the follows:[1]

1. The Clerk of Court shall issue writs of continuing garnishment directed to the following garnishees: (1) Wells Fargo Bank, N.A.; (2) Bank of America, N.A.; (3) Capital One, N.A.; (4) American Express National Bank; (5) Nationwide Retirement Solutions; (6) Computershare Trust Company, N.A.; and (7) River Financial, Inc.; with respect to any nonexempt funds, assets, or property of Defendant Manuel J. Bojorquez in their possession, custody, or control.

///

///

///

[1] The Amended Application is incorporated into this Order by this reference.  The Amended Application does not alter the relief ordered by the court in its April 21, 2026, Order, (Dkt. 4 ("April 21 Previous Order") and the Writs previously issued pursuant to the April 21 Previous Order at Dockets 6-12 in the above-captioned case remain unchanged and in full effect.  Instead, this Order is granted to "conform the caption and introductory paragraph to the body of the [c]ourt's order and the writs already issued, without substantive change, and is appropriate to correct a clerical omission."  (*See* Amended Application at 14.)  **Accordingly, no new Writs (as described in paragraph 2 of this Order) need to be issued as a result of this Order**.

2. The Clerk of Court shall issue a Clerk's Notice of Continuing Garnishment to defendant Manuel J. Bojorquez by signing and issuing the forms submitted by the United States in accordance with 28 U.S.C. § 3205(c)(3).

**IT IS SO ORDERED**.

Dated: April 24, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

3