**Capital One**
PO Box 9970
Glen Allen, VA 23058

800-655-BANK (2265)



0102724     01 MB 0.67 **AUTO  H8 0 2871 90012-333299     -C01-P02726-I

CLERK OF UNITED STATES DISTRICT COURT
255 E TEMPLE STREET ROOM 180
LOS ANGELES, CA 90012



FILED
CLERK, U.S. DISTRICT COURT

MAY - 5 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

May 01, 2026

**RE: MANUEL J BOJORQUEZ   -   8:26-cv-00862-FWS**

We have no open accounts in name(s) of the individual(s)/organization(s) identified in the order. This response is by Capital One, N.A. which includes a review of Discover, a division of Capital One, N.A., accounts.

Thanks,
Levies & Garnishment Team
Capital One®

Products and services are offered by Capital One, N.A., Member FDIC. © 2026 Capital One.

Internal Reference Only: 260429211930973.

64521
0102724-0003620-0000001 of 0000004-C01-b1-7101-2871-02726

**DECLARANT STATES:**

My name is DARIENNE SONNIER, LEGAL PROCESSOR and my address, telephone number, and email are PO BOX 9970 GLEN ALLEN VA 23058; 800-655-2265

1.  I am authorized to make this declaration on behalf of Garnishee CAPITAL ONE BANK, N.A. ("Garnishee") regarding the writ of continuing garnishment received by Garnishee on

**IF GARNISHEE IS AN INDIVIDUAL:**

is the Garnishee herein, doing business in the name of

**IF GARNISHEE IS A PARTNERSHIP:**

The person making this declaration is a member and partner of the Garnishee, which is a partnership conducted under the name of                           at

**IF GARNISHEE IS A CORPORATION:**

The person making this declaration is the LEGAL PROCESSOR                     of

(OFFICIAL TITLE)

Garnishee CAPITAL ONE, N.A.            a corporation, organized under the laws of the State of DELAWARE

2.  As of [date] 05/01/2026        , Garnishee has custody, control, or possession of the following funds, assets, and/or property, in which defendant Manuel J. Bojorquez ("Defendant") has a nonexempt interest:

| Description of Property | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|
| N/A NO RECORD OF ACCOUNTS | | |
| a. | | |
| b. | | |
| c. | | |
| d. | | |

2

0102724-0003620-0000002 of 0000004-C01-b1-7101-2871-02726

3.  Garnishee anticipates owing to Defendant in the future, the following amounts: N/A NO RECORD OF ACCOUNTS

**Amounts**                                        **Estimate Date or Period Due**

a.  $

b.  $

c.  $

4.  Is Defendant subject to an existing garnishment or levy? ☐ Yes ☒ No

If yes, what is the outstanding amount now due and owing?  $                    .

5.  If Garnishee is unable to determine the identity of Defendant after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability: SUFFICIENT INFORMATION PROVIDE, BUT NO ACCOUNTS FOUND

.

6.  Garnishee owed Defendant the sum of $                on the date the writ of continuing garnishment was served for the following reasons: N/A NO RECORD OF ACCOUNT

.

7.  On [date] N/A          , Garnishee commenced withholding and retaining Defendant's nonexempt assets, funds, and/or property and will continue to withhold and retain such nonexempt assets, funds, and/or property until further order from the Court.

8.  Garnishee mailed a copy of this answer by first-class mail on this date to: (a) Defendant, at the address provided by the United States of America and (b) The U.S. Attorney's Office, Asset Forfeiture and Recovery Section, United States Courthouse, 312 North Spring Street, 11th Floor, Los Angeles, CA 90012.

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct. Executed on MAY, 01   , 2026.

*Darienne Sonnier*

SIGNATURE OF DECLARANT

3

0102724-0003621-0000003 of 0000004-C01-b1-7101-2871-02726

## PROOF OF SERVICE BY MAILING

I, DARIENNE SONNIER , declare:

I am over the age of eighteen and am not a party to the above-entitled action;

That I am employed by CAPITAL ONE BANK, N.A. ; that on

05/01/2026 [Date], I deposited in the above-entitled action, in an

envelope bearing the requisite postage, a copy of **ANSWER OF GARNISHEE**

**CAPITAL ONE, N.A.** addressed to:

Annie Ayrapetyan, AUSA
United States Attorney's Office
Asset Forfeiture and Recovery Section
312 N. Spring Street, 11th Floor
Los Angeles, California 90012

Manuel J. Bojorquez
19185 Palm Vista
Yorba Linda, CA 92886

at their last known address provided by the United States, at which place there is a

delivery service by U.S. Mail.

This Certificate is executed on 05/01/2026 [Date], at

GLEN ALLEN [City], VIRGINIA [State].

I certify under penalty of perjury that the foregoing is true and correct.

*Darienne Sonnier*
Signature

4









Please Recycle

05CAP099955



ABC 3357E (20231101)