UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL J. BOJORQUEZ,<br><br>Defendant. | Case No.  8:26-cv-00862-FWS<br><br>**ORDER ISSUING AMENDED WRIT OF CONTINUING GARNISHMENT TO NATIONWIDE TRUST COMPANY, FSB AND AMENDED CLERK'S 28 U.S.C. § 3202(b) NOTICE OF CONTINUING GARNISHMENT TO THE DEBTOR [23]** |

///

///

///

Pursuant to the United States' Request for Issuance of an Amended Writ of Continuing Garnishment to Garnishee Nationwide Trust Company, FSB, and an Amended Clerk's Notice of Continuing Garnishment to Manuel J. Bojorquez (the "Debtor") pursuant to 28 U.S.C. § 3202(b), and upon a finding of good cause, IT IS ORDERED that:

1. The previously identified garnishee, Nationwide Retirement Solutions, is replaced with Nationwide Trust Company, FSB.

2. The Clerk's Office shall issue the Amended Writ of Continuing Garnishment to Nationwide Trust Company, FSB and the Amended Clerk's Notice of Continuing Garnishment to Debtor, as presented by the United States.

3. The United States shall serve the Amended Writ and Notice on Nationwide Trust Company, FSB, in accordance with 28 U.S.C. § 3205.

**IT IS SO ORDERED.**

Dated: May 11, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2