UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL J. BOJORQUEZ,<br><br>Defendant. | No. SACV 26-0862-FWS<br><br>**AMENDED WRIT OF CONTINUING GARNISHMENT TO GARNISHEE NATIONWIDE TRUST COMPANY, FSB**<br><br>**[28 U.S.C. § 3205(c)(1)]** |

TO GARNISHEE NATIONWIDE TRUST COMPANY, FSB:

The United States has filed an application for a writ of continuing garnishment against the nonexempt funds, assets, and/or property of judgment debtor Manuel J. Bojorquez ("Defendant"), in the possession, custody, or control of Garnishee Nationwide Trust Company, FSB ("Garnishee"). This writ of continuing garnishment is an enforcement action by the United States against Defendant in connection with the criminal judgment debt entered in *United States v. Manuel J. Bojorquez*, 1:18-cr-00304-JMS-TAB, by the U.S. District Court for the Southern District of Indiana.

(1) This WRIT OF CONTINUING GARNISHMENT IS ISSUED against Defendant as to Garnishee for any nonexempt funds, assets, or property of Defendant in the possession, custody, or control of Garnishee, including but not limited to any retirement accounts, pension plans, 401(k) plans, profit-sharing plans, deferred compensation plans, or other employee benefit plans maintained for Defendant's benefit. This includes all vested account balances, contributions (employee and employer), earnings, and any present or future rights to receive distributions, whether in lump sum or otherwise, to the extent such interests are nonexempt and subject to enforcement of a criminal judgment.

(2) On March 30, 2022, the United States District Court for the Southern District of Indiana imposed the following criminal judgment debt against Defendant in *United States v. Manuel J. Bojorquez*, 1:18-cr-00304-JMS-TAB (S.D. Ind.):

- Restitution: $3,387,048.00; and
- Special assessment: $200.00.

The court waived the accrual of interest on restitution.

(3) As of May 4, 2026, the balance of Defendant's criminal debt was $3,169,155.09.

(4) The name and address (mail/electronic) of Garnishee or Garnishee's authorized agent is:

//

//

**Nationwide Trust Company, FSB**
**One Nationwide Plaza**
**Attn: Service of Process Team, Mail Code 1-35-405**
**Columbus, OH 43215**

(5) The address for Plaintiff United States of America is:

**United States Attorney's Office**
**Asset Forfeiture and Recovery Section**
**312 North Spring Street, 11th Floor**
**Los Angeles, California 90012**

(6) Defendant's Social Security Number is: ***-**-9646. Defendant's last known address is in Yorba Linda, California.

(7) Counsel for Plaintiff United States is:

Annie Ayrapetyan, Assistant United States Attorney
Asset Forfeiture and Recovery Section
312 North Spring Street, 11th Floor
Los Angeles, CA 90012

Garnishee is ordered to withhold and retain any nonexempt funds, assets, or property of Defendant in its possession, custody, or control, including but not limited to any retirement accounts, pension plans, 401(k) plans, profit-sharing plans, deferred compensation plans, or other employee benefit plans maintained for Defendant's benefit. This includes all vested account balances, contributions (employee and employer), earnings, and any present or future rights to receive distributions, whether in lump sum or otherwise, to the extent such interests are nonexempt and subject to enforcement of a criminal judgment. Garnishee shall withhold and retain any such property, pending further order of the Court. *See* 28 U.S.C. § 3205(c)(2)(F).

GARNISHEE SHALL ANSWER THIS WRIT in writing, under oath, within TEN (10) DAYS after service of the writ of continuing garnishment and shall respond therein to the following questions:

(A)  Whether that Garnishee has possession, custody, or control of any property of Defendant;

3

(B) What is a description of the property and the value thereof;

(C) Whether that Garnishee owed Defendant any debt on the date the writ was served and the amount and basis of the debt; and

(D) Whether that Garnishee anticipates owing any debt to Defendant in the future.

**GARNISHEE SHALL file the original answer to this writ within TEN (10) DAYS of receipt of this writ with the Clerk of the United States District Court, 255 E. Temple Street, Room 180, Los Angeles, California 90012.** Additionally, Garnishee is required to serve a copy of the answer on Defendant, on the attorney for Plaintiff United States of America: Annie Ayrapetyan, Assistant United States Attorney, Asset Forfeiture and Recovery Section, United States Courthouse, 11th Floor, 312 North Spring Street, Los Angeles, California 90012, and on any interested party.

IF YOU FAIL TO ANSWER THIS WRIT OR WITHHOLD AND RETAIN PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES OF AMERICA MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT MAY ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT PROPERTY AS WELL AS REASONABLE ATTORNEY'S FEES.

**IT IS UNLAWFUL TO PAY OR DELIVER TO DEFENDANT ANY PROPERTY LEVIED UPON BY THIS WRIT UNTIL FURTHER ORDER OF COURT.**

The garnishment is continuing in nature and shall constitute a lien against Defendant's nonexempt property.

The garnishment shall continue and survive until any of the following occurs:

(a) The debt is satisfied in full;

4

(b)  The property in the possession, custody or control of the Garnishee is exhausted;

(c)  Plaintiff United States of America has released the garnishment; or

(d)  The Court orders that the garnishment be quashed.

DATED: May 11 , 2026

*TrinaDeBose*

CLERK, UNITED STATES DISTRICT COURT
By: DEPUTY CLERK