FILED

CLERK, U.S. DISTRICT COURT

May 11, 2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____pd_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. SACV 26-0862 |
| Plaintiff, | **DEFENDANT'S REQUEST FOR HEARING REGARDING WRIT OF CONTINUING GARNISHMENT** |
| v. | |
| MANUEL J. BOJORQUEZ, | **[RIVER FINANCIAL, INC.]** |
| Defendant. | |

I hereby request a hearing on the matter of application for writ of continuing garnishment filed by the United States with respect to River Financial, Inc. in this case.

Check all that apply:

[   ]   I think the property Garnishee River Financial, Inc. is withholding is exempt under the checked exemptions on the attached Claim for Exemption Form.

[X]   I do not think the government complied with a statutory requirement for the issuance of the Writ of Garnishment.

[X]   I request a hearing in this district.

//

//

37

[ ]     I request a hearing and that this Court transfer the hearing to the federal district where I reside.

I reside in _____(city), _____(state).

[ ]     I do not request a hearing.

_____     Address: 19185 Palm Vista
Defendant's Signature                          Yorba Linda CA 92886

_____

DATED: 05/26/2026            . Telephone No. 714.326.7499
                                                    (Include Area Code)

38