**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Jezley  Garlick
100 Samoset Drive
Newark, DE 19713

8:26CV862- FWS



CLERK, U.S. DISTRICT COURT
FILED
MAY I I 2026
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

EP

quadient
FIRST-CLASS MAIL
IMI
$001.90
05/06/2026 ZIP 90012
043M31268156
US POSTAGE

Case: 8:26cv862  Doc: 25

Wezley  Garlick
800 Samoset Drive
Newark, DE 19713

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Bank of America
800 Samoset Drive
Newark DE 19713
US, Wezley Garlick
800 Samoset Drive
Newark DE 19713
--Case Participants: Annie Ayrapetyan (annie.ayrapetyan@usdoj.gov, caseview.ecf@usdoj.gov, karine.aghababyan@usdoj.gov, mariam.kaloustian@usdoj.gov, usacac.criminal@usdoj.gov), Judge Fred W. Slaughter (crd_slaughter@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<42571586@cacd.uscourts.gov>Subject:Activity in Case 8:26-cv-00862-FWS United States of America v. Manuel J Bojorquez Deficiency in Filed Documents (G-112A) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 5/8/2026 at 8:17 AM PDT and filed on 5/6/2026

| | |
|---|---|
| **Case Name:** | United States of America v. Manuel J Bojorquez |
| **Case Number:** | 8:26-cv-00862-FWS |
| **Filer:** | |
| **WARNING: CASE CLOSED on 04/21/2026** | |
| **Document Number:** | 25 |

**Docket Text:**
**NOTICE TO FILER OF DEFICIENCIES in Filed Document RE: Declaration[24]. The following error(s) was/were found: Local Rule 11-3.8 title page is missing, incomplete, or incorrect. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (chk)**