River Financial Inc.
GARNISHEE NAME

2261 Market St., STE 22113
GARNISHEE ADDRESS

San Francisco, CA 94114

_____

_____

GARNISHEE TELEPHONE

legal@river.com
GARNISHEE EMAIL

FILED
CLERK, U.S. DISTRICT COURT

MAY 12 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:26-cv-00862-FWS |
|---|---|
| Plaintiff, | |
| v. | **ANSWER OF GARNISHEE RIVER FINANCIAL INC.** |
| MANUEL J. BOJORQUEZ, | |
| Defendant. | |

**DECLARANT STATES:**

My name is __William Mongan__ and my address, telephone number, and email are __2261 Market St., STE 22113, San Francisco, CA 94114 legal@river.com__.

1.      I am authorized to make this declaration on behalf of Garnishee _____ ("Garnishee") regarding the writ of continuing garnishment received by Garnishee on_____.

**IF GARNISHEE IS AN INDIVIDUAL:**

_____ is the Garnishee herein, doing business in the name of _____.

**IF GARNISHEE IS A PARTNERSHIP:**

The person making this declaration is a member and partner of the Garnishee, which is a partnership conducted under the name of _____ at _____.

**IF GARNISHEE IS A CORPORATION:**

The person making this declaration is the __General Counsel__ of
(OFFICIAL TITLE)
Garnishee __River Financial Inc.__ a corporation, organized under the laws of the State of __Delaware__.

2.      As of [date] __May 7, 2026__, Garnishee has custody, control, or possession of the following funds, assets, and/or property, in which defendant Manuel J. Bojorquez ("Defendant") has a nonexempt interest:

| Description of Property | Approximate Value | Description of Defendant's Interest in Property |
|---|---|---|
| a. ~0.451 Bitcoin | ~$36,500 | Account titled to spouse |
| b. | | |
| c. | | |
| d. | | |

2

3.      Garnishee anticipates owing to Defendant in the future, the following amounts: N/A, other than our obligation to safely custody client assets.

| **Amounts** | **Estimate Date or Period Due** |
|---|---|
| a.    $_____ | _____ |
| b.    $_____ | _____ |
| c.    $_____ | _____ |

4.      Is Defendant subject to an existing garnishment or levy? ☐ Yes ☒ No

If yes, what is the outstanding amount now due and owing?  $_____.

5.      If Garnishee is unable to determine the identity of Defendant after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability: _____

_____

_____.

6.      Garnishee owed Defendant the sum of $_____ on the date the writ of continuing garnishment was served for the following reasons:

_____

_____.

7.      On [date] April 28, 2026 , Garnishee commenced withholding and retaining Defendant's nonexempt assets, funds, and/or property and will continue to withhold and retain such nonexempt assets, funds, and/or property until further order from the Court.

8.      Garnishee mailed a copy of this answer by first-class mail on this date to: (a) Defendant, at the address provided by the United States of America and (b) The U.S. Attorney's Office, Asset Forfeiture and Recovery Section, United States Courthouse, 312 North Spring Street, 11th Floor, Los Angeles, CA 90012.

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct. Executed on  May 8 , 2026.

*William Morgan*
_____
SIGNATURE OF DECLARANT

3

## PROOF OF SERVICE BY MAILING

I, William Mongan_____, declare:

I am over the age of eighteen and am not a party to the above-entitled action;

That I am employed by River Financial Inc._____; that on

May 8, 2026_____ [Date], I deposited in the above-entitled action, in an envelope bearing the requisite postage, a copy of **ANSWER OF GARNISHEE RIVER FINANCIAL INC.** addressed to:

Annie Ayrapetyan, AUSA
United States Attorney's Office
Asset Forfeiture and Recovery Section
312 N. Spring Street, 11th Floor
Los Angeles, California 90012

Manuel J. Bojorquez

Yorba Linda, CA

at their last known address provided by the United States, at which place there is a delivery service by U.S. Mail.

This Certificate is executed on May 8, 2026_____ [Date], at Wayne_____ [City], Pennsylvania_____ [State].

I certify under penalty of perjury that the foregoing is true and correct.

*William Mongan*

Signature

4

SUB

PHILADELPHIA PA  190

9 MAY 2026  PM 10 L



CLERK OF THE COURT
255 E. TEMPLE ST., ROOM 180
LOS ANGELES, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 1 2 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

90012-333299