American Express National Bank

GARNISHEE NAME

PO BOX 30384

GARNISHEE ADDRESS

Salt Lake City, UT 84130

GARNISHEE TELEPHONE

garnishmentlevyunit@aexp.com

GARNISHEE EMAIL

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MANUEL J. BOJORQUEZ,

Defendant.

No.  8:26-cv-00862-FWS

**ANSWER OF GARNISHEE AMERICAN EXPRESS NATIONAL BANK**

**American Express**
PO Box 30384
Salt Lake City, UT 84130-0384



Clerk of the United States District Court
255 E. Temple Street
Room 180
Los Angeles, CA 90012

**DECLARANT STATES:**

My name is ____Yossra El-sharawy____ and my address, telephone number, and email are ____PO BOX 30384 Salt Lake City, UT 84130____

____garnishmentlevyunit@aexp.com____

1.  I am authorized to make this declaration on behalf of Garnishee ____American Express National Bank____ ("Garnishee") regarding the writ of continuing garnishment received by Garnishee on ____4/30/2026 and on 5/6/2026 with additional information requested.____

**IF GARNISHEE IS AN INDIVIDUAL:**

_____ is the Garnishee herein, doing business in the name of

_____.

**IF GARNISHEE IS A PARTNERSHIP:**

The person making this declaration is a member and partner of the Garnishee, which is a partnership conducted under the name of _____ at

_____.

**IF GARNISHEE IS A CORPORATION:**

The person making this declaration is the ____Legal Operations Specialist____ of
(OFFICIAL TITLE)

Garnishee ____American Express National Bank____ a corporation, organized under the laws of the State of ____Utah____.

2.  As of [date] ____5/7/2026____, Garnishee has custody, control, or possession of the following funds, assets, and/or property, in which defendant Manuel J. Bojorquez ("Defendant") has a nonexempt interest:

| Description of Property | Approximate Value | Description of Defendant's Interest in Property |
| --- | --- | --- |
| a. Please see attachment. | | |
| b. | | |
| c. | | |
| d. | | |

2

3.    Garnishee anticipates owing to Defendant in the future, the following amounts:    N/A.

**Amounts**                                          **Estimate Date or Period Due**

a.    $_____            _____

b.    $_____            _____

c.    $_____            _____

4.    Is Defendant subject to an existing garnishment or levy? ☐ Yes ☑ No

If yes, what is the outstanding amount now due and owing?  $ N/A.     .

5.    If Garnishee is unable to determine the identity of Defendant after making a good faith effort to do so, the following is a statement of Garnishee's efforts made and the reasons for such inability: _____Sent insufficient PII letter dated 4/30/2026._____

_____

_____.

6.    Garnishee owed Defendant the sum of $ 0.00     on the date the writ of continuing garnishment was served for the following reasons:

_____

_____.

7.    On [date] _____N/A._____, Garnishee commenced withholding and retaining Defendant's nonexempt assets, funds, and/or property and will continue to withhold and retain such nonexempt assets, funds, and/or property until further order from the Court.

8.    Garnishee mailed a copy of this answer by first-class mail on this date to: (a) Defendant, at the address provided by the United States of America and (b) The U.S. Attorney's Office, Asset Forfeiture and Recovery Section, United States Courthouse, 312 North Spring Street, 11th Floor, Los Angeles, CA 90012.

I declare under penalty of perjury that I have read the foregoing document and that the statements made therein are true and correct. Executed on __May 14th__, 2026.

*Yossra El-sharawy*
Legal Operation Specialist
American Express National Bank
_____
**SIGNATURE OF DECLARANT**

3

## PROOF OF SERVICE BY MAILING

I, ___Yossra El-sharawy___ , declare:

I am over the age of eighteen and am not a party to the above-entitled action;

That I am employed by _American Express National Bank_ ; that on

___5/14/2026___ [Date], I deposited in the above-entitled action, in an

envelope bearing the requisite postage, a copy of **ANSWER OF GARNISHEE**

**AMERICAN EXPRESS NATIONAL BANK** addressed to:

Annie Ayrapetyan, AUSA
United States Attorney's Office
Asset Forfeiture and Recovery Section
312 N. Spring Street, 11th Floor
Los Angeles, California 90012

Manuel J. Bojorquez
19185 Palm Vista
Yorba Linda, CA 92886

at their last known address provided by the United States, at which place there is a

delivery service by U.S. Mail.

This Certificate is executed on ___5/14/2026___ [Date], at

___Sunrise___ [City], ___Florida___ [State].

I certify under penalty of perjury that the foregoing is true and correct.

*Yossra El-sharawy*
Legal Operation Specialist
American Express National Bank
Signature

4



Please Direct All Served Documents to:
American Express National Bank
Attn: Garnishment Levy Unit
43 Butterfield Circle
El Paso, TX 79906

May 14, 2026

United States Attorneys Office Central District of California
Attn: Annie Ayrapetyan
312 N, Spring Street, 11th Floor
Los Angeles, California, 90012
Email:  karine.aghababyan@usdoj.gov

**RE:** Manuel J Bojorquez
**Case No:** 8:26-cv-00862-FWS
**American Express File No:** 26-31559

Dear Annie Ayrapetyan:

We are writing to inform you that American Express National Bank has received the order served by your agency on or about 05/7/2026 and have reviewed the debtor's information on file.

- Pursuant to applicable contractual provision(s), Membership Rewards ("MR") points accrued by Manuel J Bojorquez are neither a fiat currency nor Manuel J Bojorquez's property or assets and, thus, were not forfeited as of the date of receipt of the writ and the PII provided. Manuel J Bojorquez does not have access to these MR points, which remain the property of American Express.

If you need further clarification regarding this communication, please contact us at garnishmentlevyunit@aexp.com and include the American Express File No. or the Case No. as shown above.

Sincerely,

Garnishment Levy Unit
American Express National Bank



US POSTAGE ℠ PITNEY BOWES

ZIP 84104
02 4W
0000354913 MAY. 15. 2026

$000.64

SUB



Important information about your account enclosed.



RECEIVED
CLERK, U.S. DIST...
MAY 2 0 2026
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

American Express National Bank, P.O. Box 30384, Salt Lake City, UT 84130-0384

AMERICAN EXPRESS

Savings

21   DJMGIAB   90012

NASN-E0322-FSLCN

MIX
Envelope | Supporting
responsible forestry
FSC® C138146
FSC
www.fsc.org